NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

———————————

2024-1351

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00981.

----------------------------------------------------

**APPLE INC.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

———————————

2024-1352

———————————

2       SAMSUNG ELECTRONICS CO., LTD. v. SMART MOBILE
                                     TECHNOLOGIES LLC

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00981.

———————————

**ON MOTION**

———————————

**O R D E R**

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") move unopposed to deconsolidate these appeals and to voluntary dismiss Appeal No. 2024-1351 pursuant to Federal Rule of Appellate Procedure 42(b) with Samsung and Smart Mobile Technologies LLC to bear their own costs regarding Appeal No. 2024-1351.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Samsung's motion is granted.  The appeals are deconsolidated and the revised official captions are reflected in this order.

(2) Appeal No. 2024-1351 is dismissed.  *See* Fed. R. App. P. 42(b)(2).  Each party shall bear its own costs regarding Appeal No. 2024-1351.

SAMSUNG ELECTRONICS CO., LTD. v. SMART MOBILE
TECHNOLOGIES LLC                                                          3

    (3)　The Clerk of Court shall forward a copy of this or-
der to the merits panel assigned to Appeal No. 2024-1352.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

August 6, 2024
    Date


ISSUED AS A MANDATE (for 2024-1351 only): August 6,
2024